UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ELRAYAH ELAMIN SAADALLA,

          Plaintiff,

                                    CASE NO.  1:07-cv-638

v

                                    HON. JANET T. NEFF

UNKNOWN BEARDSLEE, et al.,

          Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REVISED REPORT AND RECOMMENDATION

        The Court has reviewed the Revised Report and Recommendation (Dkt 15) filed by the United States Magistrate Judge in this action.  The Revised Report and Recommendation was duly served on the parties.  No objections have been filed.

        ACCORDINGLY, the Revised Report and Recommendation is hereby adopted as the Opinion of the Court.

        THEREFORE, IT IS ORDERED that:

        Plaintiff's complaint is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2).  Dismissal of this action will count as a strike for purposes of 28 U.S.C. § 1915(g).  The Court further finds that no good-faith basis for appeal within the meaning of 28 U.S.C. § 1915(a)(3). *See McGore v. Wrigglesworth,* 114 F.3d 601, 611 (6th Cir. 1997).

Date:  December 13, 2007             /s/ Janet T. Neff_____
                                      JANET T. NEFF
                                    United States District Judge